**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**EDWARD GLEN CHISOLM**                                                                          **PLAINTIFF**

**VS.**                                                                          **CIVIL ACTION NO. 1:09CV98-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                                                          **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court on the plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for Disability Insurance Benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced by the court on the record at the conclusion of the parties' oral argument on May 12, 2010, the court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 13th day of May, 2010.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE